IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| GENE BEASLEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:04cv1041-MHT |
| ) | (WO) |
| GWENDLYN MOSLEY, Warden, ) | |
| et al., ) | |
| ) | |
| Respondents. ) | |

### ORDER

This cause is now before the court on petitioner's motion for certificate of appealability (doc. no. 37).

To obtain a certificate of appealability the prisoner must make a "substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The court finds that the petitioner has failed to make this showing.

Accordingly, it is ORDERED that petitioner's motion for a certificate of appealability is denied.

DONE, this the 21st day of December, 2006.

                             /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE